IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFRED LAWS,

    Petitioner,                        No. CIV S-08-1810 GEB EFB P

    vs.

D. K. SISTO, Warden,

    Respondent.                     ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On March 31, 2010, the magistrate judge filed findings and recommendations recommending that the case be dismissed. On May 27, 2010, the undersigned adopted the findings and recommendations, dismissed the case, and declined to issue a certificate of appealability.

        On June 14, 2010, petitioner filed a motion for a certificate of appealability. On June 21, 2010, petitioner requested an extension of time to file a notice of appeal. On July 15, 2010, the magistrate judge granted him 30 days to file a notice of appeal. However, petitioner did not file a notice of appeal. Accordingly, his motion for a certificate of appealability must be denied as moot.

It is hereby ORDERED that petitioner's July 14, 2010 motion for a certificate of appealability is denied.

Dated:  September 24, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

2