1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ALFRED LAWS,

11          Petitioner,                        No. CIV S-08-1810 GEB EFB P

12          vs.

13   D. K. SISTO, Warden,

14          Respondent.                        ORDER

15   _____/

16          Petitioner, a state prisoner without counsel, sought a writ of habeas corpus.  *See* 28

17   U.S.C. § 2254.  On May 27, 2010, the court granted respondent's motion to dismiss and

18   judgement was entered.  Petitioner has filed a motion to proceed in forma pauperis on appeal

19   with supporting affidavits.  Dckt. No. 38, 39, 40.  The documents make the showing required by

20   Fed. R. App. P. 24(a).

21          Accordingly, it is hereby ORDERED that petitioner's motion to proceed in forma

22   pauperis on appeal is granted.

23   DATED:  November 15, 2010.

24                                             EDMUND F. BRENNAN
                                               UNITED STATES MAGISTRATE JUDGE
25

26